# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

396

CA 16-00666

PRESENT: SMITH, J.P., PERADOTTO, DEJOSEPH, NEMOYER, AND SCUDDER, JJ.

---

AMY REID, PLAINTIFF-APPELLANT,

V                                                    MEMORANDUM AND ORDER

CARRIE LEVY AND ROCK CITY CHRYSLER,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 1.)

---

BROWN CHIARI LLP, BUFFALO (MICHAEL DRUMM OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

HURWITZ & FINE, P.C., BUFFALO (TODD C. BUSHWAY OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

-------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Chautauqua County
(Paul Wojtaszek, J.), entered November 20, 2015. The order denied the
posttrial motion of plaintiff to set aside a jury verdict.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Same memorandum as in *Reid v Levy* ([appeal No. 2] ___ AD3d ___
[Mar. 31, 2017]).

Entered: March 31, 2017                          Frances E. Cafarell
                                                 Clerk of the Court